IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01367-WYD-CBS

DAVID N. BEIL, an individual,

   Plaintiff,

v.

ASTRAZENECA, LP, a Delaware Limited Partnership,

   Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 15).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice, each party to bear its own fees and costs, except as otherwise expressly agreed by the parties. Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 15) is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs, except as otherwise expressly agreed by the parties.

Dated:  January 21, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior United States District Judge